**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CARRIE HAHN, : No. 50 WM 2022
:
             Petitioner :
:
:
       v. :
:
:
THE HONORABLE JOHN W. HODGE, :
LAWRENCE COUNTY COURT OF :
COMMON PLEAS, :
:
           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.